# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| RICHARD HOLZER | ) Case No. 19-mj-00246-NYW |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I am the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2019__ in the county of __Pueblo__ in the __State and__ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. §§ 247(a)(2) and (d)(3) | Attempting to obstruct religious exercise by force using explosives and fire |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ John W. Smith
*Complainant's signature*

John W. Smith, Special Agent
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **02 Nov 2019**

*Judge's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado