DEFENDANT: Richard HOLZER

YOB: 1992   **AGE 27**

OFFENSE(S): 18 U.S.C. § 247(a)(2) and (d)(3) (Attempt to Obstruct Persons in the Enjoyment of Their Free Exercise of Religious Beliefs, Through Force and the Attempted Use of Explosives and Fire)

LOCATION OF OFFENSE: Pueblo, Colorado

PENALTY: NMT 20 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment

AGENT: SA John Smith, FBI

AUTHORIZED BY: Julia Martinez
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less ____ over five days          ____ other

THE GOVERNMENT

  X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

  ____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.