AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 NOV -6 PM 2:15

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
RICHARD HOLZER

Defendant

Case No. 1:19mj246-NYW

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHARD HOLZER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Section (a)(2) and (d)(3), Attempting to obstruct religious exercise by force using explosives and fire

Date:   **02 Nov 2019**

*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

### Return

This warrant was received on *(date)* 11/4/19, and the person was arrested on *(date)* 11/1/19
at *(city and state)* Colorado Springs, CO

Date: 11/4/19

*Arresting officer's signature*

Gregory Young   FBI/TFO
*Printed name and title*