| | |
|---|---|
| DEFENDANT: | Richard HOLZER |
| YOB: 1992 | **AGE 27** |
| COMPLAINT FILED? | __X__ YES _____ NO |
| | MAGISTRATE CASE NUMBER: 1:19-mj-00246-NYW |
| OFFENSE(S): | Count One:  18 U.S.C. § 247(a)(2) and (d)(3) (Attempt to Obstruct Persons in the Enjoyment of Their Free Exercise of Religious Beliefs, Through Force and the Attempted Use of Explosives and Fire) |
| | Count Two:  18 U.S.C. § 844(i) (Attempt to Damage and Destroy a Building Used in Interstate Commerce, by Means of Fire and Explosives) |
| | Count Three:  18 U.S.C. § 844(h)(1) (Use of Fire and Explosive to Commit a Felony Which May Be Prosecuted by a Court of the United States) |
| LOCATION OF OFFENSE: | Pueblo, Colorado |
| PENALTY: | Count One:  NMT 20 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment |
| | Count Two:  NLT 5 years imprisonment, NMT 20 years imprisonment, NMT $250,000 fine or both; NMT lifetime supervised release; $100 special assessment |
| | Count Three:  10 years consecutive imprisonment; NMT 3 years supervised release; $100 special assessment |
| AGENT: | SA John Smith, FBI |
| AUTHORIZED BY: | Julia Martinez<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  _X_ five days or less ____ over five days          ____ other

THE GOVERNMENT

  __X__  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.