IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-CR-00488-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD HOLZER,

       Defendant.

## JOINT PROPOSED TRIAL AND MOTIONS SCHEDULE

Mr. Richard Holzer, by and through his attorney Mary V. Butterton, together with the Government, through Assistant United States Attorney Julia Martinez and Trial Attorney Michael Songer, submits this proposed litigation schedule.

This schedule is made with the assumption that the Court will grant the Defendant's Unopposed Motion to Exclude 180 Days from the Requirements of the Speedy Trial Act (Doc. 22). The parties have calculated that the Speedy Trial "clock" will expire on July 28, 2020.[1]

| | |
|---|---|
| May 1, 2020: | Deadline for Government's 404(b) and Expert Disclosures |
| May 15, 2020: | Pretrial Motions Due |
| June 1, 2020: | Response to Motions Due; Deadline for Defense Expert Disclosure |
| June 15, 2020: | Reply to Responses Due (if necessary) |
| June 22, 2020: | Motions Hearing |
| July 9, 2020: | Trial Preparation Conference |
| July 13, 2010: | Jury Trial |

---

[1] The indictment was filed on November 21, 2019. (Doc. 15). Fourteen days elapsed between the filing of the indictment and the filing of Defendant's Motion to Exclude on December 5, 2019. (Doc 22). Taking 180 days from December 5, then adding the remaining 56 days remaining on the requirements of the Speedy Trial Act, results in an expiration date of July 28, 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant


JASON R. DUNN
United States Attorney

By: *s/ Julia Martinez*
Julia Martinez
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Julia.Martinez@usdoj.gov
Attorney for Government

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

By: *s/ Michael J. Songer*
Michael J. Songer
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202-305-1762
E-mail: Michael.Songer@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Julia Martinez, Assistant United States Attorney
  Email: Julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Richard Holzer (via U.S. Mail)

          s/ Mary V. Butterton
          MARY V. BUTTERTON
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Mary_Butterton@fd.org
          Attorney for Defendant