# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   n/a | Date:   December 16, 2019<br>Interpreter:   n/a |

**CASE NO.   19-cr-00488-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.   RICHARD HOLZER,<br><br>    Defendant. | Julia Martinez<br><br><br><br><br><br>Mary Butterton |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**   3:29 p.m.

Appearances of counsel.   Defendant is not present and in custody; presence waived.

Discussion held regarding the background and status of the case, and the pending Unopposed Motion to Exclude 180 Days from the Requirements of the Speedy Trial Act (Doc. 22).

The Court states its findings pursuant to the Speedy Trial Act.

**ORDERED:**   Unopposed Motion to Exclude 180 Days from the Requirements of the Speedy Trial Act (Doc. 22) is GRANTED as stated on the record.   The Court adds 180 days to the 70-day speedy trial calendar as previously calculated by the Magistrate Judge.

**ORDERED:**  A five-day jury trial is set for **July 13, 2020, at 8:30 a.m. on the first day of trial and 9:00 a.m. on subsequent days** in Courtroom A601 of the Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado.

**ORDERED:**  Government's 404(b) and Expert Disclosures are due by **April 1, 2020.** Pretrial motions are due by **April 15, 2020.**   Response to motions and defense expert disclosures are due by **May 1, 2020.**   Reply to responses, if any, is due by **May 15, 2020.**

A Trial Preparation Conference will be set by separate order.

**COURT IN RECESS:**         3:59 p.m.
**Total in court time:**         00:30
**Hearing concluded**