IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-CR-00488-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD HOLZER,

      Defendant.

## NOTICE OF DISPOSITION

Defendant, Richard Holzer, by and through counsel, Mary V. Butterton and David Kraut, Assistant Federal Public Defenders, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted this 11th day of September, 2020.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      *s/ Mary V. Butterton*
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Mary_Butterton@fd.org
      Attorney for Defendant

                                  *s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
David_Kraut@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Julia Martinez, Assistant U.S. Attorney
    Email:  julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Richard Holzer (Via U.S. Mail)

                           s/ Mary V. Butterton
                           MARY V. BUTTERTON
                           Assistant Federal Public Defender
                           633 17th Street, Suite 1000
                           Denver, CO  80202
                           Telephone: (303) 294-7002
                           FAX: (303) 294-1192
                           Mary_Butterton@fd.org
                           Attorney for Defendant