IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00488-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD HOLZER,

        Defendant.

## UNOPPOSED MOTION TO RESET SENTENCING HEARING AND FOR BRIEFING SCHEDULE

Defendant, Richard Holzer ("Mr. Holzer"), by and through his counsel, Mary V. Butterton and David Kraut, respectfully requests that the Court set a briefing schedule for the anticipated sentencing motions in this case, and continue the Sentencing Hearing to a date in February 2021 that is compatible with the Court's calendar. In support of this request, he states as follows:

1. Mr. Holzer is currently set for a Sentencing Hearing on January 20, 2021. Doc. 21.

2. Under District Court of Colorado Local Criminal Rule 32.1(c), motions for variances or departures are due 14 days before sentencing, and are not to be combined with sentencing statements or other sentencing-related documents.

3. Both Mr. Holzer and the Government intend on filing separate Motions for Departure ahead of Mr. Holzer's sentencing. The respective parties would like to respond to those motions in writing, and be fully informed as to the opposing party's position on the United States Sentencing Guidelines, before filing Sentencing Statements or other sentencing-related filings.

4. Mr. Holzer and the Government propose the following filing deadlines to allow for ample time to fully brief and respond to the Guideline and 18 U.S.C. § 3553(a) issues anticipated in this case:

   a. January 6, 2021: Motions for Departure and Responses to the Presentence Investigation Report Due

   b. January 20, 2021: Responses to Departure Motions Due

   c. January 27, 2021: Other Sentencing-Related Filings Due

   d. February 3, 2021: Responses to Sentencing Filings Due

5. To accommodate these proposed deadlines, Mr. Holzer would request that the Sentencing Hearing be reset to a date in February 2021 commensurate with the Court's calendar.

WHEREFORE, counsel respectfully requests that the Court set a briefing schedule for the anticipated sentencing motions in this case, and continue the Sentencing Hearing to a date in February 2021.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> s/ Mary V. Butterton
> MARY V. BUTTERTON
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> mary_butterton@fd.org
> Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2020, I electronically filed the foregoing **Unopposed Motion to Reset Sentencing Hearing and for Briefing Schedule** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Julia Martinez, Assistant United States Attorney
E-mail:  Julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Holzer (Via *U.S. Mail*)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
mary_butterton@fd.org
Attorney for Defendant

3