### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  February 26, 2021 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  Michelle Means | |

**CASE NO.   19-cr-00488-RM**

<u>Parties</u>                                                                                 <u>Counsel</u>

UNITED STATES OF AMERICA,                                      Julia Martinez

    Plaintiff,

v.

1.   RICHARD HOLZER,                                                       Mary Butterton
                                                                                        David Kraut

    Defendant.

### COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     9:04 a.m.
Appearances of counsel.   Present at Government's table is Special Agent John Smith. Defendant is present and in custody.

Preliminary remarks made by the Court.

Defendant entered his plea on October 15, 2020 to Counts 1 and 2 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**Court in recess:**     10:41 a.m.
**Court in session:**    10:59 a.m.

Further discussion held regarding objections.

**Court in recess:**     12:03 p.m.
**Court in session:**    1:16 p.m.

Further discussion held regarding objections.

Argument given regarding sentencing.

**Court in recess:    3:38 p.m.**
**Court in session:   3:50 p.m.**

Ms. Butterton advises the Court she explained to the defendant his right to address that Court, and that he does not wish to do so.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's motion (Doc. 57) is denied.

**ORDERED:** Government's motion (Doc. 45) is granted.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, RICHARD HOLZER, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **235 months as to each count, to be served concurrently to each other.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in the District of Colorado.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** as follows:   **Count 1, three (3) years; Count 2, 15 years, concurrent to Count 1.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    4:25 p.m.
Hearing concluded.
Total time:    5:39